```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

JASON MARLEY,

                Plaintiff,              MEMORANDUM & ORDER
                                        18-CV-3495(EK)(RML)
        -against-

UNITED STATES OF AMERICA et al.,

                Defendants.

-------------------------------------x
```
ERIC KOMITEE, United States District Judge:

  The Court has received Magistrate Judge Levy's Report and Recommendation (R&R) dated April 20, 2022, ECF No. 109. Judge Levy recommends that Defendants' motion for summary judgment be granted. No party has filed objections, and the time to do so has expired. Accordingly, the Court reviews Judge Levy's recommendation for clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

  Having reviewed the record, I find no clear error and therefore adopt the R&R in its entirety. Thus, Defendants' motion for summary judgment is granted. The Clerk of Court is

respectfully directed to mail a copy of this Order to Plaintiff and close this case.

    SO ORDERED.

        /s/ Eric Komitee
        ERIC KOMITEE
        United States District Judge

Dated:   May 27, 2022
       Brooklyn, New York